1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  RACHELLE BARBOUR, SBN #185395
   Assistant Federal Defender
3  OFFICE OF THE FEDERAL DEFENDER
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, CA 95814
5  Telephone: (916) 498-5700
   Fax: (916) 498-5710
6
7  Attorneys for Defendant
   CHRISTOPHER JORDEN BOOTH-HALL

8
               IN THE UNITED STATES DISTRICT COURT
9
            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )  Case No.  2:22-cr-0246-JAM
12                                   )
                  Plaintiff,         )  **STIPULATION AND ORDER TO**
13                                   )  **CONTINUE STATUS CONFERENCE AND**
   vs.                               )  **EXCLUDE TIME**
14                                   )
   CHRISTOPHER JORDEN BOOTH-         )  New Date:  March 21, 2023
15 HALL,                             )  Time:  9:00 a.m.
                                     )  Judge: Hon. John A. Mendez
16                Defendant.         )
                                     )
17

18         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

19 Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and

20 Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour,

   attorney for Christopher Jorden Booth-Hall, Defendant, that the status conference currently
21
   scheduled for January 31, 2023 be continued to March 21, 2023, at 9:00 a.m., and that time be
22
   excluded under the Speedy Trial Act.
23
           This continuance is requested to allow additional time for Defense counsel to meet with
24
   Mr. Booth-Hall to discuss a proposed resolution and review the law and the discovery with him.
25
   The parties agree that exclusion of time in this matter is necessary for defense counsel's
26
   preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4.  The
27
   parties agree that the ends of justice served by this continuance outweigh the best interest of the
28

   Stipulation and Order to Continue Status                    -1-                      *US v.Booth-Hall*
   Conference

1  public and Mr. Booth-Hall in a speedy trial.

2

3

4                                          Respectfully submitted,

5                                          HEATHER E. WILLIAMS
                                           Federal Defender
6

7  Date: January 24, 2023                  /s/  Rachelle Barbour
                                           RACHELLE BARBOUR
8                                          Assistant Federal Defender
                                           Attorneys for Defendant
9                                          CHRISTOPHER BOOTH-HALL

10

11  Date: January 24, 2023                 PHILLIP A. TALBERT
                                           United States Attorney
12
                                           /s/Roger Yang
13                                         ROGER YANG
                                           Assistant U.S. Attorney
14                                         Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
ORDER

3
       The Court, having received, and considered the parties' stipulation, and good cause appearing

4
therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the Status

5
Conference of January 31, 2023 continued to March 21, 2023 at 9:00 a.m.  The Court adopts the

6
stipulation of the parties and finds that exclusion of time in this matter is necessary for defense

7
counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4.

8
The Court finds that the ends of justice served by this continuance outweigh the best interest of

9
the public and Mr. Booth-Hall in a speedy trial.

10

11

12
Dated:  January 25, 2023                          /s/ John A. Mendez

13
                                      THE HONORABLE JOHN A. MENDEZ

14
                                      SENIOR UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28