HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:22-cr-0246-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| CHRISTOPHER JORDEN BOOTH-HALL, | ) New Date:  May 9, 2023<br>) Time:  9:00 a.m.<br>) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the status conference currently scheduled for March 21, 2023 be continued to May 9, 2023, at 9:00 a.m., and that time be excluded under the Speedy Trial Act.

This continuance is requested to allow additional time for Defense counsel to meet with Mr. Booth-Hall to discuss a proposed resolution and review the law and the discovery with him. Defense investigation is ongoing.  The parties agree that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4.  The parties agree that the ends of justice served by this

1  continuance outweigh the best interest of the public and Mr. Booth-Hall in a speedy trial.

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

Date: March 15, 2023                            /s/ Rachelle Barbour
                                                RACHELLE BARBOUR
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                CHRISTOPHER BOOTH-HALL


Date: March 15, 2023                            PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/Roger Yang
                                                ROGER YANG
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

# ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the Status Conference of March 21, 2023 **CONTINUED** to **May 9, 2023 at 9:00 a.m**. The Court adopts the stipulation of the parties and finds that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Booth-Hall in a speedy trial.

Dated: March 16, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE