1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  RACHELLE BARBOUR, SBN #185395
   Assistant Federal Defender
3  OFFICE OF THE FEDERAL DEFENDER
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, CA 95814
5  Telephone: (916) 498-5700
   Fax: (916) 498-5710
6
7  Attorneys for Defendant
   CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:22-cr-0246-JAM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE AND** |
| | ) **EXCLUDE TIME** |
| CHRISTOPHER JORDEN BOOTH-HALL, | ) |
| | ) New Date:  June 27, 2023 |
| | ) Time:  9:00 a.m. |
| | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the status conference currently scheduled for May 9, 2023 be continued to June 27, 2023, at 9:00 a.m., and that time be excluded under the Speedy Trial Act.

   This continuance is requested to allow additional time for Defense counsel to discuss a proposed resolution with the Government, and for counsel to meet with Mr. Booth-Hall to discuss resolution and review the law and the discovery.  Defense investigation is ongoing.  The parties agree that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4.  The parties agree

that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Booth-Hall in a speedy trial.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: May 2, 2023                          */s/ Rachelle Barbour*
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        CHRISTOPHER BOOTH-HALL

Date: May 2, 2023                          PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/Roger Yang*
                                        ROGER YANG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

# **ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. The Court orders the Status Conference of May 9, 2023, **CONTINUED** to **June 27, 2023, at 9:00 a.m**. The Court adopts the stipulation of the parties and finds that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Booth-Hall in a speedy trial.

Dated: May 02, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE