HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER JORDEN BOOTH-HALL, <br><br> Defendant. | Case No.  2:22-cr-00246-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> New Date:  August 1, 2023 <br> Time:  9:00 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the status conference currently scheduled for June 27, 2023 be continued to August 1, 2023, at 9:00 a.m., and that time be excluded under the Speedy Trial Act.

This continuance is requested to allow additional time for Defense counsel to discuss a proposed resolution with the Government, and for counsel to meet with Mr. Booth-Hall to discuss resolution and review the law and the discovery.  Defense investigation is ongoing.  Mr. Booth-Hall is in custody in Yuba County.  The parties agree that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section

1  3161(h)(7) and Local Code T4.  The parties agree that the ends of justice served by this

2  continuance outweigh the best interest of the public and Mr. Booth-Hall in a speedy trial.

3

4                                                          Respectfully submitted,

5                                                          HEATHER E. WILLIAMS
                                                           Federal Defender
6

7  Date: June 21, 2023                           /s/  Rachelle Barbour
                                                           RACHELLE BARBOUR
8                                                          Assistant Federal Defender
                                                           Attorneys for Defendant
9                                                          CHRISTOPHER BOOTH-HALL

10
   Date: June 21, 2023                           PHILLIP A. TALBERT
11                                                         United States Attorney

12
                                                           /s/Roger Yang
13                                                         ROGER YANG
                                                           Assistant U.S. Attorney
14                                                         Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. The Court orders the Status Conference of June 27, 2023 **CONTINUED** to **August 1, 2023, at 9:00 a.m**. The Court adopts the stipulation of the parties and finds that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Booth-Hall in a speedy trial.

Dated: June 21, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE