HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  CHRISTOPHER JORDEN BOOTH-HALL,  Defendant. | Case No.  2:22-cr-0246-JAM  **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**  New Date:  August 29, 2023  Time:  9:00 a.m.  Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the status conference currently scheduled for August 1, 2023 be continued to August 29, 2023, at 9:00 a.m., and that time be excluded under the Speedy Trial Act.

This continuance is requested to allow additional time for Defense counsel to discuss a proposed resolution with the Government, and for counsel to meet with Mr. Booth-Hall to discuss resolution and review the law and the discovery.  The Government requires additional time to obtain approval for a proposed offer.  Defense investigation is ongoing.  Mr. Booth-Hall is in custody in Yuba County.  The parties agree that exclusion of time in this matter is necessary

1  for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and
2  Local Code T4.  The parties agree that the ends of justice served by this continuance outweigh
3  the best interest of the public and Mr. Booth-Hall in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 26, 2023

*/s/  Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER BOOTH-HALL

Date: July 26, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the Status Conference of August 1, 2023 be continued to August 29, 2023 at 9:00 a.m.  The Court adopts the stipulation of the parties and finds that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Booth-Hall in a speedy trial.

Dated:  July 26, 2023            /s/ John A. Mendez
                                                                THE HONORABLE JOHN A. MENDEZ
                                                                SENIOR UNITED STATES DISTRICT JUDGE