HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JORDEN BOOTH-HALL,<br><br>  Defendant. | Case No.  2:22-cr-00246-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE J&S and PSR DATES**<br><br>New Date:  January 23, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the Judgment and Sentencing Date currently scheduled for December 12, 2023 be continued to **January 23, 2024, at 9:00 a.m.**, and that the remaining PSR dates be **reset** as follows:

| | |
|---|---|
| Reply/Statement of Non-Opposition | Jan. 16, 2024 |
| Motion for Correction | Jan. 9, 2024 |
| Final PSR | Jan. 2, 2024 |
| Informal Objections | Dec. 19, 2023 |
| Draft Report | Dec. 5, 2023 |

//
//

This continuance is requested to provide the Probation Officer additional time to prepare the draft PSR. These dates have been confirmed by the Probation Officer.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 14, 2023

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER BOOTH-HALL

Date: November 14, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

Dated: November 15, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE