HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-00246-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE J&S and PSR DATES** |
| vs. | ) | |
| CHRISTOPHER JORDEN BOOTH-HALL, | ) | New J&S Date:  February 27, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour,

attorney for Christopher Jorden Booth-Hall, Defendant, that the Judgment and Sentencing Date

currently scheduled for January 23, 2024 be **CONTINUED** to **February 27, 2024 at 9:00 a.m.**,

and that the remaining PSR dates be **RESET** as follows:

| | |
|---|---|
| Draft report disclosed: | December 27, 2023 |
| Informal Objections due: | **January 30, 2024** |
| Presentence Report due: | **February 6, 2024** |
| Motion for Correction due: | **February 13, 2024** |
| Reply/Non-Opposition due: | **February 20, 2024** |

Judgment and Sentencing:                              February 27, 2024

This continuance is requested to provide the Probation Officer additional time to prepare the draft PSR.  These dates have been confirmed by the Probation Officer.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 4, 2024          /s/  Rachelle Barbour
                               RACHELLE BARBOUR
                               Assistant Federal Defender
                               Attorneys for Defendant
                               CHRISTOPHER BOOTH-HALL

Date: January 4, 2024          PHILLIP A. TALBERT
                               United States Attorney

                               /s/Roger Yang
                               ROGER YANG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

1

## <u>ORDER</u>

2

3          The Court, having received, and considered the parties' stipulation, and good cause appearing

4     therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

5       Dated: January 04, 2024                    /s/ John A. Mendez
                                                    _____
6                                                   THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28