HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER JORDEN BOOTH-HALL, <br><br> Defendant. | Case No. 2:22-cr-00246-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE J&S and PSR DATES** <br><br> New J&S Date: March 12, 2024 <br> Time: 9:00 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the Judgment and Sentencing Date currently scheduled for February 27, 2024 be **CONTINUED** to **March 12, 2024, at 9:00 a.m.**, and that the remaining PSR dates be reset as follows:

| | |
|---|---|
| Presentence Report due: | **February 20, 2024** |
| Motion for Correction due: | **February 27, 2024** |
| Reply/Non-Opposition due: | **February 13, 2024** |
| Judgment and Sentencing: | **March 12, 2024** |

This continuance is requested to provide the Probation Officer additional time to prepare the PSR given her recent unexpected medical leave. These dates have been confirmed by the Probation Officer.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 5, 2024

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER BOOTH-HALL

Date: February 5, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

Dated: February 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE