| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
|  | Federal Defender |
| 2 | RACHELLE BARBOUR, SBN #185395 |
|  | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
|  | Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor |
|  | Sacramento, CA 95814 |
| 5 | Telephone: (916) 498-5700 |
|  | Fax: (916) 498-5710 |

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00246-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE J&S and PSR DATES** |
| vs. | |
| CHRISTOPHER JORDEN BOOTH-HALL, | New J&S Date: March 26, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the Judgment and Sentencing Date currently scheduled for March 12, 2024 be **CONTINUED** to **March 26, 2024 at 9:00 a.m.**, and that the remaining PSR dates be **RESET** as follows:

| | |
|---|---|
| Motion for Correction due: | **March 12, 2024** |
| Reply/Non-Opposition due: | **March 19, 2024** |
| Judgment and Sentencing: | **March 26, 2024** |

//

This continuance is requested to provide the Defense with time to go over the final PSR with Mr. Booth-Hall, who is in a remote jail requiring advance notice for an attorney visit. These dates have been approved by the Probation Officer.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 28, 2024         /s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER BOOTH-HALL

Date: February 28, 2024         PHILLIP A. TALBERT
United States Attorney

/s/Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

Dated: February 29, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE