1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   RACHELLE BARBOUR, SBN #185395
    Assistant Federal Defender
3   OFFICE OF THE FEDERAL DEFENDER
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, CA 95814
5   Telephone: (916) 498-5700
    Fax: (916) 498-5710
6

7   Attorneys for Defendant
    CHRISTOPHER JORDEN BOOTH-HALL
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,          )   Case No.  2:22-cr-00246-JAM
12                                      )
                 Plaintiff,             )   **STIPULATION AND ORDER TO**
13                                      )   **CONTINUE RESTITUTION HEARING**
    vs.                                 )
14                                      )   New Date:  July 9, 2024
    CHRISTOPHER JORDEN BOOTH-           )   Time:  9:00 a.m.
15  HALL,                               )   Judge: Hon. John A. Mendez
                                        )
16               Defendant.             )
    _____ )
17

18          IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

19  Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and

20  Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour,

21  attorney for Christopher Jorden Booth-Hall, Defendant, that the Restitution Hearing date be

    continued to **July 9, 2024 , at 9:00 a.m**.
22
            / /
23
            / /
24
            / /
25

26

27

28

Stipulation and Order                    -1-                          US v.Booth-Hall

1          This continuance is requested to provide the defense attorney additional time to contact

2    claimants and discuss their restitution requests.

3

4                                            Respectfully submitted,

5                                            HEATHER E. WILLIAMS
                                             Federal Defender
6

7    Date: May 29, 2024                      _/s/  Rachelle Barbour_____
                                             RACHELLE BARBOUR
8                                            Assistant Federal Defender
                                             Attorneys for Defendant
9                                            CHRISTOPHER BOOTH-HALL

10

11   Date: May 29, 2024                      PHILLIP A. TALBERT
                                             United States Attorney
12
                                             _/s/Roger Yang_____
13                                           ROGER YANG
                                             Assistant U.S. Attorney
14                                           Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

<u>ORDER</u>

3

        The Court, having received, and considered the parties' stipulation, and good cause appearing

4

therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

5

6

 Dated: May 30, 2024                        /s/ John A. Mendez
                                            _____
                                            THE HONORABLE JOHN A. MENDEZ

7

                                            SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28