HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-0246-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING** |
| vs. | ) |
| CHRISTOPHER JORDEN BOOTH-HALL, | ) New Date: September 10, 2024<br>) Time: 9:00 a.m.<br>) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the **Restitution Hearing** date be continued from July 9, 2024 to **September 10, 2024, at 9:00 a.m.**

//

//

//

This continuance is requested to provide the defense attorney additional time to contact claimants and discuss their restitution requests. The parties are attempting to resolve the requests by stipulation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 28, 2024         /s/ Rachelle Barbour
                            RACHELLE BARBOUR
                            Assistant Federal Defender
                            Attorneys for Defendant
                            CHRISTOPHER BOOTH-HALL

Date: June 28, 2024         PHILLIP A. TALBERT
                            United States Attorney

                            /s/Roger Yang
                            ROGER YANG
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

# **ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

Dated: July 01, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE