HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-cr-00246-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING** |
| vs. | |
| CHRISTOPHER JORDEN BOOTH-HALL, | New Date:  November 19, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour,

attorney for Christopher Jorden Booth-Hall, Defendant, that the Restitution Hearing date be

continued from October 8, 2024, to **November 19, at 9:00 a.m.**

/ /

/ /

/ /

1         This continuance is requested to provide the defense attorney additional time to contact

2    claimants and discuss their restitution requests.  The parties are attempting to resolve the requests

3    by stipulation.

4

5                             Respectfully submitted,

6                             HEATHER E. WILLIAMS
                              Federal Defender

7

8    Date: September 27, 2024             */s/  Rachelle Barbour*
                              RACHELLE BARBOUR

9                             Assistant Federal Defender
                              Attorneys for Defendant

10                            CHRISTOPHER BOOTH-HALL

11

12   Date: September 27, 2024             PHILLIP A. TALBERT
                              United States Attorney

13

14                            */s/Roger Yang*
                              ROGER YANG

15                            Assistant U.S. Attorney
                              Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## <u>ORDER</u>

3

       The Court, having received, and considered the parties' stipulation, and good cause appearing

4

therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

5

 Dated: September 30, 2024                    /s/ John A. Mendez

6                                             THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28