HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER JORDEN BOOTH-HALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00246-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING** |
| vs. | |
| CHRISTOPHER JORDEN BOOTH-HALL, | New Date: April 8, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Jorden Booth-Hall, Defendant, that the Restitution Hearing date be continued from January 21, 2025, to April 8, 2025 at 9:00 a.m.

//

//

//

This continuance is requested to provide the defense attorney additional time to contact claimants and discuss their restitution requests. The parties are attempting to resolve the requests by stipulation. Mr. Booth-Hall is currently in BOP custody and additional time is required for Defense Counsel to discuss the proposed settlement with him prior to resolution of the claims. Despite repeated attempts to obtain the cooperation of the staff at his facility, Mr. Booth-Hall has not been afforded a method to call Defense Counsel confidentially to discuss the matter. Mr. Booth-Hall explicitly waives the 90-day time period set forth for the restitution hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2025

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER BOOTH-HALL

Date: January 17, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

Based on the stipulation of the parties and good cause appearing, the January 21, 2025 **Restitution Hearing** is hereby **CONTINUED** to **April 08, 2025, at 9:00 a.m.**

Dated: January 21, 2025         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE