```
HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHRISTOPHER BOOTH-HALL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER BOOTH-HALL,<br><br>Defendant. | Case No. 2:22-cr-00246-JAM<br><br>**STIPULATION AND ORDER SETTING RESTITUTION**<br><br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Christopher Booth-Hall, Defendant, that restitution be determined as follows and that the current court date of April 8, 2025, be dropped from calendar.

The parties agree that a restitution order is appropriate under 18 U.S.C. section 2259(a), and that restitution be ordered in the following amounts:

| | | |
|---|---|---|
| MV1 | $150,000 | Restore the Child<br>Tacoma, WA 98406 |
| Pia | $3000 | Deb Bianco<br>Bellevue, WA 98008 |
| PD11 | $5000 (payment due after MV1 is paid in full) | JonesDay<br>Chicago, IL 60606 |
| Jenny | $3000 (payment due after MV1 is paid in full) | Marsh Law Firm<br>New York, NY 10001 |

Stipulation and Order re: Restitution    -1-    *US v. Booth-Hall*

The other claimants, Patty and Chelsea, have withdrawn their requests.

The parties request that the restitution order include the following language from the PSR:

**IT IS ORDERED** that the defendant shall pay restitution to the victim(s) in the amount of $161,000.00 as outlined in the stipulation of the parties, payment to begin immediately. The interest is waived. Restitution is to be sent to the Clerk of the Court who shall forward it to the victim(s). If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: _3/6___, 2025        */s/ Rachelle Barbour*
                           RACHELLE BARBOUR
                           Assistant Federal Defender
                           Attorneys for Defendant
                           CHRISTOPHER BOOTH-HALL

Date: 3/6 , 2025           MICHELE BECKWITH
                           Acting United States Attorney

                           */s/Roger Yang*
                           ROGER YANG
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

I have reviewed this restitution stipulation and agree with it.

Date: 2/20/2025            __/s/ Christopher Booth-Hall___
                           CHRISTOPHER BOOTH-HALL
                           Defendant

## **ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety and orders restitution as set forth above.

The restitution hearing, currently set for April 08, 2025, shall be **VACATED**.

Dated: March 19, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE